**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CLAUDIO EFRAIN AYAVACA SANCHEZ,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00182-DB** |
| **v.** | § | |
| | § | |
| **PAMELA BONDI**, *Attorney General, et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On January 27, 2026, "next of friend" Christian Javier Ayavaca Sanchez filed a "Petition for Writ of Habeas Corpus," ECF No. 1, on behalf of his brother, Claudio Efrain Ayavaca Sanchez. On February 2, 2026, Respondents filed an "Advisory to the Court," ECF No. 3, notifying the Court the Petition should be dismissed as moot because "Petitioner filed a habeas petition in the District of. . . Minnesota on January 23, 2026. . . . [which] was granted on January 28, 2026[,] and Petitioner was released from custody on January 30, 2026." Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** Petitioner Claudio Efrain Ayavaca Sanchez's "Petition for Writ of Habeas Corpus," ECF No. 1, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL SUBMIT** an additional copy of this judgment to "next friend" Christian Javier Ayavaca Sanchez via email at cristianascol@gmail.com or any other email address on file.[1] This additional method of

---

[1] The Court notes this shall not be construed as authorization for Petitioner or "next friend" Christian Javier Ayavaca Sanchez to submit documents to be filed to the Clerk's Office via email. Petitioner should employ expedited mail services or deliver filings in person to the District Clerk's

notification shall not alter or replace the District Clerk's standard operating procedures to submit filings via certified mail or any other established notification method.

**IT IS FINALLY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **3rd** day of **February 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

office to timely comply with any deadlines set forth in this order or any subsequent orders of the Court.